IN THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF MISSISSIPPI

WILEY WHITE,                    )
    Plaintiff,             )
                                )
v.                              ) Civil Action No. 2:04-CV-257-P-A
                                )
JO ANNE B. BARNHART,            )
COMMISSIONER OF                 )
SOCIAL SECURITY,                )
    Defendant.             )

**ORDER OF DISMISSAL**

This cause came on for hearing on the Motion of Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration (SSA), by and through the United States Attorney's Office for the Northern District of Mississippi, and the Court having carefully considered same finds that said Motion to Dismiss is well-taken and shall be granted.

It is, therefore, Ordered and Adjudged that this cause of action is hereby dismissed.

SO ORDERED, this the 10th day of June, 2005.

W. ALLEN W. PEPPER, JR.
UNITED STATES DISTRICT JUDGE